# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CV-13-00198-TUC-JAS (BGM) |
| Plaintiff, | |
| v. | **REPORT AND RECOMMENDATION** |
| 5.62 Acres of Land, More or Less, Situate in Santa Cruz County, State Arizona; Landmark Title Assurance Agency of Arizona, An Arizona LLC Under Trust 18223-T; et al., | |
| Defendants. | |

Currently pending before the Court is the Government's Amended Motion to Transfer Related Cases (Doc. 68). The Government seeks to consolidate the above entitled case (CV-13-198-TUC-JAS (BGM), with case numbers CV-13-441-TUC-RM, CV-13-443-TUC-JGZ (DTF), and CV-13-480-TUC-DCB. Defendants have filed an Opposition to Amended Motion to Transfer Related Cases (Doc. 69), and the Government has filed its Reply (Doc. 79). This Court has the lowest number case.

Pursuant to Rules 72.1 and 72.2 of the Local Rules of Civil Procedure,[1] this matter was referred to Magistrate Judge Macdonald for Report and Recommendation. The Magistrate Judge recommends that the District Court deny the Government's motion

---
[1] Rules of Practice of the United States District Court for the District of Arizona.

(Doc. 68).

The Government seeks consolidation of four land condemnation cases arising from the construction of security towers and related infrastructure along the international border between the United States of America and Mexico. *See* Govt.'s Amended Mot. to Transfer Related Cases (Doc. 68) at 2; Defs.' Opp. (Doc. 69) at 2. In reply, the Government clarifies that it seeks consolidation for the purposes of discovery and for ruling on currently pending motions *in limine*. Govt.'s Reply (Doc. 79) at 2–3.

Actions may be consolidated where the actions involve a common question of law or fact. Fed. R. Civ. P. 42; LRCiv. 42.1. Moreover, whether or not to allow consolidation is in the Court's sound discretion. *In re Exxon Valdez*, 102 F.3d 429, 432 (9th Cir. 1996).

Discovery is closed in all four cases, and as such, consolidation would only be for the purpose of ruling on the pending motions *in limine*. The Court finds that it would be improper to bind the trial judge in each case with the evidentiary rulings of a single judge.

As such, the Magistrate Judge recommends that the District Judge enter an order DENYING the Government's Amended Motion to Transfer Related Cases (Doc. 68).

Pursuant to 28 U.S.C. § 636(b) and Rule 72(b)(2) of the Federal Rules of Civil Procedure, any party may serve and file written objections within fourteen (14) days after being served with a copy of this Report and Recommendation. A party may respond to another party's objections within fourteen (14) days after being served with a copy. Fed. R. Civ. P. 72(b)(2). No replies shall be filed unless leave is granted from the District

Court.  If objections are filed, the parties should use the following case number:  **CV-13-0198-TUC-JAS**.

Failure to file timely objections to any factual or legal determination of the Magistrate Judge may result in waiver of the right of review.

Dated this 31st day of July, 2015.

_____
Honorable Bruce G. Macdonald
United States Magistrate Judge