IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CV 13-198-TUC-JAS (BGM) |
| Plaintiff, | **ORDER** |
| vs. | |
| 5.62 Acres of Land, More or Less, Situate in Santa Cruz County, State of Arizona; Landmark Title Assurance Agency of Arizona, An Arizona LLC Under Trust 18223-T, et al., | |
| Defendant. | |

Pending before the Court is a Report and Recommendation issued by Magistrate Judge Macdonald. In the Report and Recommendation, Magistrate Judge Macdonald recommends denying Plaintiff's motion for consolidation. As the Court finds that the Report and Recommendation appropriately recommended denying consolidation, the objections are denied.[1]

Accordingly, IT IS HEREBY ORDERED as follows:

(1) Magistrate Judge Macdonald's Report and Recommendation (Doc. 89) is accepted and adopted. (2) Plaintiff's motion for consolidation (Doc. 68) is denied.

DATED this 25th day of September, 2015.

James A. Soto
United States District Judge

---

[1] The Court reviews de novo the objected-to portions of the Report and Recommendation. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). The Court reviews for clear error the unobjected-to portions of the Report and Recommendation. *See Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999); *see also Conley v. Crabtree*, 14 F. Supp. 2d 1203, 1204 (D. Or. 1998).