# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>          Plaintiff,<br><br>v.<br><br>5.62 Acres of Land, et al.,<br><br>          Defendants. | No. CV-13-00198-TUC-JAS<br><br>**ORDER** |

Plaintiff's unopposed motion (Doc. 129) to file a reply to Defendants' response pertaining to objections to the R & R is granted. Plaintiff shall file a reply by April 8, 2016.

Dated this 31st day of March, 2016.

Honorable James A. Soto
United States District Judge